UPTON, ASSIGNEE *v.* MASON.

ERROR to the District Court of Laramie County.

*E. P. Johnson,* for plaintiff in error.

*E. W. Mann,* for defendant in error.

Same decision as in the next preceding case, *Upton, assignee* v. *Steele,* and the judgment of the district court affirmed.